Douglas L. Barrett (8845)
Law Office of Douglas Barrett, LLC
Attorney for Debtor(s)
1149 West Center Street
Orem, UT  84057
Telephone: (801)222-9700
Facsimile: (801)224-9960
E-Address:*dbarrett@dlblaw.com*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

IN RE:                                              :

LEONCE PAUL ARCENEAUX,        :         Case No.07-23697

 Debtor(s).                                    :         Chapter 7

**NOTICE OF CHANGE OF ADDRESS**

Please change the following Debtor(s) name and/or address on the mailing matrix to read as follows:

NAME:  Leonce Paul Arceneaux

Address: 476 N. Seven Peaks Blvd., #312

City: Provo

State: UT

Zip: 84606

Dated: August 21, 2007                    /s/Douglas Barrett         .
                                                       Douglas L. Barrett
                                                       Attorney for Debtor(s)

**Filed: 08/21/07**

IT IS HEREBY CERTIFIED that a copy of the foregoing Request for Change of Address was sent via First-Class U.S. mail; or electronically via ECF, to the following, this day August 21, 2007:

U.S. TRUSTEE     (Via ECF)
100 Boston Building
9 Exchange Place
Salt Lake City, UT  84111

Chapter 7 Trustee     (Via ECF)

    /s/Douglas Barrett   .
Douglas L. Barrett