**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs)(10/05)      Case Number **07–23697**

| UNITED STATES BANKRUPTCY COURT |
|---|
| District of Utah |

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/10/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Leonce Paul Arceneaux
476 North Seven Peaks Blvd.
#312
Provo, UT 84606

| Case Number:<br>07–23697 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1173 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Douglas L. Barrett<br>1149 West Center Street<br>Orem, UT 84057<br>Telephone number: (801) 222–9700 | Bankruptcy Trustee (name and address):<br>J. Kevin Bird tr<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br>Telephone number: (801) 426–4700 |

## Meeting of Creditors

Date: **September 24, 2007**      Time: **10:30 am**

Location: **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/23/07**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 8/30/07 |

## Online Information

Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 20 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1088-2           User: jtt                    Page 1 of 2           Date Rcvd: Aug 30, 2007
Case: 07-23697                 Form ID: rab9a               Total Served: 56

The following entities were served by first class mail on Sep 01, 2007.
db          +Leonce Paul Arceneaux,    476 North Seven Peaks Blvd.,    #312,    Provo, UT 84606-6810
aty         +Douglas L. Barrett,    1149 West Center Street,    Orem, UT 84057-5207
tr          +J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,    Suite 201,    Orem, UT 84058-6320
5808800      ARC Collection,    PO Box 30191,    Salt Lake City, UT 84130-0191
5808798      American Fork Hospital,    Remittance Processing,    P.O. Box 410400,
              Salt Lake City, UT 84141-0400
5808799     +American Fork Hospital-IHC,    170 N. 1100 E.,    American Fork, UT 84003-2961
5808806      CHN, Inc.,    P.O. Box 865,    Provo, UT 84603-0865
5808803     +Cavalry Portfolio Svcs,    4050 E Cotton Center Blvd,    Phoenix, AZ 85040-8861
5808804     +Central Utah Medical Clinic,    1055 N. 500 W.,    Provo, UT 84604-3321
5808805     +Check City,    PO Box 970183,    Orem, UT 84097-0183
5808807     +Credit Collection Serv,    3 E Montgomery Xrd,    Savannah, GA 31406-4733
5808808     +Credit Collection Service,    Two Wells Ave,    Newton Center, MA 02459-3246
5808809     +Credit International C,    10413 Beardslee Blvd,    Bothell, WA 98011-3205
5808810     +Credit Management Cont,    2707 Rapids Dr,    Racine, WI 53404-1743
5808811     +Er Solutions,    Po Box 9004,    Renton, WA 98057-9004
5808812     +Express Rcvy,    3782 West 2340 South,    Suite B,    Salt Lake City, UT 84120-7295
5808813      Express Recovery Services,    3782 W. 2340 S., #B,    Salt Lake City, UT 84120-7295
5808815      IHC,   Accounts Recievable Managment,    PO Box 30710,    Salt Lake City, UT 84141-0400
5808816      IHC Care Plus,    4646 W. Lake Park Blvd.,    P.O. Box 30192,    Salt Lake City, UT 84130-0192
5808818      IHC Health Center,    P.O. Box 79052,    Phoenix, AZ 85062-9052
5808817     +IHC Health Center,    Utah Valley Family Medicine,    475 West 940 North,    Provo, UT 84604-3301
5808820      IHC Home Care Services,    Billing Office,    P.O. Box 410400,    Salt Lake City, UT 84141-0400
5808819     +IHC Home Care Services,    P.O. Box 30180,    Salt Lake City, UT 84130-0180
5808821     +IHC Physician Group,    North Canyon Family Practice,    3200 North Canyon Road,
              Provo, UT 84604-4571
5808822      IHC Physician Group,    P.O. Box 79052,    Phoenix, AZ 85062-9052
5808814     ++INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
             (address filed with court:   Ihc,    3930 W Parkway Blv,    Salt Lake City, UT 84130)
5808823      Intermountain Health Care,    Accounts Receivable Managment - ARC,    P.O. Box 410400,
              Salt Lake City, UT 84141-0400
5808825     +J. Duke Edwards,    Attorney at Law,    4625 South 2300 East, Suite 206,
              Salt Lake City, UT 84117-4582
5808826     +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
5808827     +Mountain View Managment,    847 E. 500 N.,    Orem, UT 84097-4285
5808828     +Mountainland Collections,    Po Box 1280,    American Fork, UT 84003-6280
5808829     +N.a.r. Inc,    10 W Broadway Ste 610,    Salt Lake City, UT 84101-2041
5808830     +NAR,    10 West Broadway, Suite 610,    Salt Lake City, UT 84101-2041
5808831     +NCO Financial Systems,    Po Box 13570,    Philadelphia, PA 19101-3570
5808833     +NCO Financial Systems,    Attn: Bankruptcy Deoartment,    PO Box 13570,
              Philadelphia, PA 19101-3570
5808832      NCO Financial Systems,    PO Box 967,    Horsham, PA 19044-0967
5808837      NCO Financial Systems, Inc.,    P.O. Box 15760,    Dept. 07,    Wilmington, DE 19850-5760
5808836     +NCO Financial Systems, Inc.,    P.O. Box 61247,    Dept. 64,    Virginia Beach, VA 23466-1247
5808835     +NCO Financial Systems, Inc.,    P.O. Box 15618 Dept 35,    Wilmington, DE 19850-5618
5808834     +NCO Financial Systems, Inc.,    10540 White Rock Rd., Suite 250,    Rancho Cordova, CA 95670-6094
5808839     +Orem Community Hospital,    Remittance Processing,    P.O. Box 410400,
              Salt Lake City, UT 84141-0400
5808838     +Orem Community Hospital,    331 N. 400 W.,    Orem, UT 84057-1999
5808841     +Quantum Financial Bus,    777 S Wadsworth Blvd Bld,    Lakewood, CO 80226-4300
5808843      RC Willey Home Furnishings,    Attn: Bankruptcy Department,    PO Box 65320,
              Salt Lake City, UT 84165-0320
5808842     +Rc Willey Home Furnishings,    Po Box 65320,    Salt Lake City, UT 84165-0320
5808844     +Timpanogas Regional Hospital,    750 W. 800 N.,    Orem, UT 84057-3660
5808845     +Utah State Tax Commission,    Attn: Bankruptcy Unit,    210 North 1950 West,
              Salt Lake City, UT 84134-9000
5808846      Utah Valley Emergency Physicians, Inc.,    PO Box 808,    Grand Rapids, MI 49518-0808
5808847      Utah Valley Regional Med Cntr,    Remittance Processing,    P.O. Box 410400,
              Salt Lake City, UT 84141-0400
5808848     +Utah Valley Regional Medical Center,    1034 N 500 W,    Provo, UT 84604-3380
5808849     +West Asset,    1000 F North Travi,    Sherman, TX 75090-5054
5808851      West Asset Management,    P.O. Box 105893,    Atlanta, GA 30348-5893
5808850      West Asset Management,    P.O. Box 1420,    Sherman, TX 75091-1420

The following entities were served by electronic transmission on Aug 31, 2007.
tr          +EDI: QJKBIRD.COM Aug 31 2007 00:50:00      J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,
              Suite 201,    Orem, UT 84058-6320
5808801     +E-mail/Text: denise@bonncoll.com                           Bonneville Billing,
              1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
5808802     +E-mail/Text: denise@bonncoll.com                           Bonneville Billing & Collections,
              2970 South Main Street #202,    Salt Lake City, UT 84115-6035
5808824      EDI: IRS.COM Aug 31 2007 00:50:00      IRS,    Attn: Special Procedures, Mail Stop 5021,
              50 South 200 East,    Salt Lake City, UT 84111
5808849     +EDI: WESTASSET.COM Aug 31 2007 00:50:00      West Asset,    1000 F North Travi,
              Sherman, TX 75090-5054
5808851      EDI: WESTASSET.COM Aug 31 2007 00:50:00      West Asset Management,    P.O. Box 105893,
              Atlanta, GA 30348-5893
5808850      EDI: WESTASSET.COM Aug 31 2007 00:50:00      West Asset Management,    P.O. Box 1420,
              Sherman, TX 75091-1420
                                                                                              TOTAL: 7
```

```
District/off: 1088-2          User: jtt             Page 2 of 2           Date Rcvd: Aug 30, 2007
Case: 07-23697                Form ID: rab9a        Total Served: 56

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5808840*      Orem Community Hospital,   Remittance Processing,   P.O. Box 410400,
              Salt Lake City, UT 84141-0400
                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2007**               **Signature:**   _Joseph Speetjens_