Official Form 23 (10/06)

# United States Bankruptcy Court
## District of Utah

In re    **Leonce Paul Arceneaux**             Case No.   **07-23697**
                         Debtor(s)             Chapter    **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Leonce Paul Arceneaux__, the debtor in the above-styled case hereby certify that on __10/04/2007__, I completed an instructional course in personal financial management provided by __Hummingbird Credit Counseling and Education Foundation, Inc.__, an approved personal financial management provider.

Certificate No.: __01356-UT-DE-002629454__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
     ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
     ☐ Active military duty in a military combat zone; or
     ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: ___/s/ Leonce Paul Arceneaux___
                        Leonce Paul Arceneaux

Date: __10-1-07__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01356-UT-DE-002629454

Bankruptcy Case Number: 07-23697

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 4, 2007, at 11:58 o'clock AM EDT,

Leonce P Arceneaux completed a course on personal financial management given by internet by

Hummingbird Credit Counseling and Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: October 4, 2007

By   /s/Dave Fleenor for Victoria Wright

Name   Victoria Wright

Title   Executive Director of Education