Form RAB18 (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Utah

Case No. **07–23697**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Leonce Paul Arceneaux
  476 North Seven Peaks Blvd.
  #312
  Provo, UT 84606

Social Security No.:
  xxx–xx–1173

Employer's Tax I.D. No.:

Petition date: 8/10/07

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/27/07

William T. Thurman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1088-2          User: bfg                    Page 1 of 2                   Date Rcvd: Nov 27, 2007
Case: 07-23697                Form ID: rab18               Total Served: 56

The following entities were served by first class mail on Nov 29, 2007.
db           +Leonce Paul Arceneaux,    476 North Seven Peaks Blvd.,    #312,    Provo, UT 84606-6810
aty          +Douglas L. Barrett,    1149 West Center Street,    Orem, UT 84057-5207
tr           +J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,    Suite 201,    Orem, UT 84058-6320
5808800       ARC Collection,    PO Box 30191,    Salt Lake City, UT 84130-0191
5808798       American Fork Hospital,    Remittance Processing,    P.O. Box 410400,
               Salt Lake City, UT 84141-0400
5808799      +American Fork Hospital-IHC,    170 N. 1100 E.,    American Fork, UT 84003-2961
5808806       CHN, Inc.,    P.O. Box 865,    Provo, UT 84603-0865
5808803      +Cavalry Portfolio Svcs,    4050 E Cotton Center Blvd,    Phoenix, AZ 85040-8861
5808804      +Central Utah Medical Clinic,    1055 N. 500 W.,    Provo, UT 84604-3321
5808805      +Check City,    PO Box 970183,    Orem, UT 84097-0183
5808807      +Credit Collection Serv,    3 E Montgomery Xrd,    Savannah, GA 31406-4733
5808808      +Credit Collection Service,    Two Wells Ave,    Newton Center, MA 02459-3246
5808809      +Credit International C,    10413 Beardslee Blvd,    Bothell, WA 98011-3205
5808810      +Credit Management Cont,    2707 Rapids Dr,    Racine, WI 53404-1743
5808811      +Er Solutions,    Po Box 9004,    Renton, WA 98057-9004
5808812      +Express Rcvy,    3782 West 2340 South,    Suite B,    Salt Lake City, UT 84120-7295
5808813       Express Recovery Services,    3782 W. 2340 S., #B,    Salt Lake City, UT 84120-7295
5808815       IHC,    Accounts Recievable Managment,    PO Box 30710,    Salt Lake City, UT 84141-0400
5808816       IHC Care Plus,    4646 W. Lake Park Blvd.,    P.O. Box 30192,    Salt Lake City, UT 84130-0192
5808818       IHC Health Center,    P.O. Box 79052,    Phoenix, AZ 85062-9052
5808817      +IHC Health Center,    Utah Valley Family Medicine,    475 West 940 North,    Provo, UT 84604-3301
5808820       IHC Home Care Services,    Billing Office,    P.O. Box 410400,    Salt Lake City, UT 84141-0400
5808819      +IHC Home Care Services,    P.O. Box 30180,    Salt Lake City, UT 84130-0180
5808821      +IHC Physician Group,    North Canyon Family Practice,    3200 North Canyon Road,
               Provo, UT 84604-4571
5808822       IHC Physician Group,    P.O. Box 79052,    Phoenix, AZ 85062-9052
5808814     ++INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
             (address filed with court:   Ihc,    3930 W Parkway Blv,    Salt Lake City, UT 84130)
5808823       Intermountain Health Care,    Accounts Receivable Managment - ARC,    P.O. Box 410400,
               Salt Lake City, UT 84141-0400
5808825      +J. Duke Edwards,    Attorney at Law,    4625 South 2300 East, Suite 206,
               Salt Lake City, UT 84117-4582
5808826      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
5808827      +Mountain View Managment,    847 E. 500 N.,    Orem, UT 84097-4285
5808828      +Mountainland Collections,    Po Box 1280,    American Fork, UT 84003-6280
5808829      +N.a.r. Inc,    10 W Broadway Ste 610,    Salt Lake City, UT 84101-2041
5808830      +NAR,    10 West Broadway, Suite 610,    Salt Lake City, UT 84101-2041
5808831      +NCO Financial Systems,    Po Box 13570,    Philadelphia, PA 19101-3570
5808833      +NCO Financial Systems,    Attn: Bankruptcy Deoartment,    PO Box 13570,
               Philadelphia, PA 19101-3570
5808832       NCO Financial Systems,    PO Box 967,    Horsham, PA 19044-0967
5808837       NCO Financial Systems, Inc.,    P.O. Box 15760,    Dept. 07,    Wilmington, DE 19850-5760
5808834      +NCO Financial Systems, Inc.,    10540 White Rock Rd., Suite 250,    Rancho Cordova, CA 95670-6094
5808836      +NCO Financial Systems, Inc.,    P.O. Box 61247,    Dept. 64,    Virginia Beach, VA 23466-1247
5808835      +NCO Financial Systems, Inc.,    P.O. Box 15618 Dept 35,    Wilmington, DE 19850-5618
5808839      +Orem Community Hospital,    Remittance Processing,    P.O. Box 410400,
               Salt Lake City, UT 84141-0400
5808838      +Orem Community Hospital,    331 N. 400 W.,    Orem, UT 84057-1999
5808841      +Quantum Financial Bus,    777 S Wadsworth Blvd Bld,    Lakewood, CO 80226-4300
5808843       RC Willey Home Furnishings,    Attn: Bankruptcy Department,    PO Box 65320,
               Salt Lake City, UT 84165-0320
5808842      +Rc Willey Home Furnishings,    Po Box 65320,    Salt Lake City, UT 84165-0320
5808844      +Timpanogas Regional Hospital,    750 W. 800 N.,    Orem, UT 84057-3660
5808845      +Utah State Tax Commission,    Attn: Bankruptcy Unit,    210 North 1950 West,
               Salt Lake City, UT 84134-9000
5808846       Utah Valley Emergency Physicians, Inc.,    PO Box 808,    Grand Rapids, MI 49518-0808
5808847       Utah Valley Regional Med Cntr,    Remittance Processing,    P.O. Box 410400,
               Salt Lake City, UT 84141-0400
5808848      +Utah Valley Regional Medical Center,    1034 N 500 W,    Provo, UT 84604-3380
5808849      +West Asset,    1000 F North Travi,    Sherman, TX 75090-5054
5808851       West Asset Management,    P.O. Box 105893,    Atlanta, GA 30348-5893
5808850       West Asset Management,    P.O. Box 1420,    Sherman, TX 75091-1420

The following entities were served by electronic transmission on Nov 28, 2007.
tr           +EDI: QJKBIRD.COM Nov 28 2007 02:24:00      J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,
               Suite 201,    Orem, UT 84058-6320
5808801       +E-mail/Text: denise@bonncoll.com                            Bonneville Billing,
               1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
5808802       +E-mail/Text: denise@bonncoll.com                            Bonneville Billing & Collections,
               2970 South Main Street #202,    Salt Lake City, UT 84115-6035
5808824        EDI: IRS.COM Nov 28 2007 02:24:00       IRS,    Attn: Special Procedures, Mail Stop 5021,
               50 South 200 East,    Salt Lake City, UT 84111
5808849       +EDI: WESTASSET.COM Nov 28 2007 02:24:00      West Asset,    1000 F North Travi,
               Sherman, TX 75090-5054
5808851        EDI: WESTASSET.COM Nov 28 2007 02:24:00      West Asset Management,    P.O. Box 105893,
               Atlanta, GA 30348-5893
5808850        EDI: WESTASSET.COM Nov 28 2007 02:24:00      West Asset Management,    P.O. Box 1420,
               Sherman, TX 75091-1420
                                                                                              TOTAL: 7
```

```
District/off: 1088-2           User: bfg              Page 2 of 2            Date Rcvd: Nov 27, 2007
Case: 07-23697                 Form ID: rab18         Total Served: 56
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5808840*    Orem Community Hospital,   Remittance Processing,   P.O. Box 410400,
             Salt Lake City, UT 84141-0400
                                                                                   TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 29, 2007**                       **Signature:** _Joseph Speetjens_